WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 JUL 31 10:16USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TRENNA ANDERSON**,                  CV # 08-119-JE

    Plaintiff,

vs.                                       ORDER

**COMMISSIONER of Social Security**,

    Defendant.

Attorney fees in the amount of $4,550.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 30 day of July, 2009.

_____
John Jelderks
United States District Judge
Magistrate

Submitted on July 15, 2009 by:

/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1